JOHN J. FLANNERY, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

Argued January 20, 1942; decided March 5, 1942.

*David Goldstein, Joseph W. Ferris, A. Albert Bennin* and *Gilbert Goldstein* for appellant.

*William B. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.